Argued: May 6, 2024

IN THE SUPREME COURT

OF MARYLAND

J D No. 2

September Term, 2023

_____

IN THE MATTER OF THE HONORABLE
APRIL T. ADEMILUYI, JUDGE OF THE
CIRCUIT COURT OF MARYLAND FOR
PRINCE GEORGE'S COUNTY, 7TH
JUDICIAL CIRCUIT

_____

Watts
Booth
Biran
Gould
Eaves,
Raker, Irma S.
   (Senior Justice, Specially Assigned)
Hotten, Michele M.
   (Senior Justice, Specially Assigned)

JJ.

_____

PER CURIAM

_____

Filed: May 6, 2024

*Fader, C.J., did not participate in this matter.

|  | * | IN THE |
| IN THE MATTER OF THE HONORABLE APRIL T. ADEMILUYI, JUDGE OF THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY, 7TH JUDICIAL CIRCUIT | * | SUPREME COURT |
|  | * | OF MARYLAND |
|  | * | JD No. 2 |
|  | * | September Term, 2023 |
|  | * | |

## PER CURIAM ORDER

WHEREAS, the Maryland Commission on Judicial Disabilities, pursuant to Maryland Rule 18-435(c), referred to this Court its findings, conclusions of law, and recommendation, along with the record, in In the Matter of the Honorable April T. Ademiluyi, Judge of the Circuit Court of Maryland for Prince George's County, 7th Judicial Circuit, Case No. CJD 2022-079, for the Court's consideration pursuant to Maryland Rule 18-437;

WHEREAS, this Court has considered the Findings of Fact, Conclusions of Law, Order and Recommendations filed by the Commission, "Respondent Judge April T. Ademiluyi's Exceptions to Findings of Fact, Conclusions, and Recommendations," "Respondent Judge April T. Ademiluyi's Memorandum of Law in Support of Exceptions to Findings of Fact, Conclusions, and Recommendations," "The Maryland Commission on Judicial Disabilities' Response to Respondent Judge April T. Ademiluyi's Exceptions to Findings of Fact, Conclusions, and Recommendations," and the parties' arguments at a hearing before this Court on May 6, 2024;

WHEREAS, Judge Ademiluyi's exceptions are overruled and the Commission's conclusions that Judge Ademiluyi violated Maryland Rules 18-101.1 (Compliance with the Law), 18-101.2 (Promoting Confidence in the Judiciary), 18-102.2 (Impartiality and Fairness), 18-102.3 (Bias, Prejudice, and Harassment), 18-102.5 (Competence, Diligence, and Cooperation), 18-102.8(b) (Decorum, Demeanor, and Communication with Jurors), 18-102.9 (Ex Parte Communications), 18-102.11 (a)(4) and (c) (Disqualification), 18-102.16(a) (Cooperation with Disciplinary Authorities), and 18-104.4(a), (b), and (d) (Political Conduct of a Candidate for Election) of the Maryland Code of Judicial Conduct are upheld;

WHEREAS, Maryland Rule 18-437(f)(1) provides that this Court may impose the disposition recommended by the Commission or any other disposition permitted by law;

WHEREAS, Article IV, § 4B(b)(1) of the Constitution of Maryland provides that, upon any recommendation of the Commission, this Court, after a hearing and upon a finding of misconduct while in office, or of persistent failure to perform the duties of the office, or of conduct prejudicial to the proper administration of justice, may remove the judge from office;

WHEREAS, this Court has carefully considered the Commission's recommendation and has concluded that, based on the egregious nature of the misconduct in this case, removal pursuant to Article IV, § 4B(b)(1) is the appropriate disposition;

Now, therefore, for reasons to be stated in an opinion later to be filed, it is this 6th day of May 2024,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, April T. Ademiluyi is hereby removed from office as Judge of the Circuit Court for Prince George's County, Maryland.



/s/ Shirley M. Watts
Senior Justice

*Chief Justice Fader did not participate in consideration of this matter.